# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **WENDY KING,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | **CASE NO. 4:08-cv-0868-SLB** |
| } | |
| **DURHAM & DURHAM, LLP;** } | |
| **PETER D. DURHAM, ESQ.,** } | |
| } | |
| **Defendants.** } | |

## ORDER

This case is before the court on the Joint Stipulation for Dismissal, (doc. 19),[1] filed by the parties herein on January 20, 2010. The court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITHOUT PREJUDICE**. The parties shall bear their own respective costs.

**DONE**, this 21st day of January, 2010.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.